PATTERSON, J

09-mc-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

BC MEDIA FUNDING COMPANY II and MEDIA FUNDING COMPANY,

                              Plaintiffs,

-against-

FRANK LAZAUSKAS, MICHAEL L. METTER, LEONARD F. MOSCATI and B. MICHAEL PISANI,

                              Defendants.

------------------------------------------------------------x

ECF CASE
08-CV-06228 (RPP) (RLE)

**FINAL JUDGMENT**

#08/1991

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 31
DATE FILED: 10-31-08

       Plaintiffs BC Media Funding Company II and Media Funding Company ("Plaintiffs") having moved for summary judgment in this action, and this Court having reviewed all papers submitted in support of such motion and in opposition to such motion, as well as the entire record herein,

       **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs' motion for summary judgment is granted in its entirety;

       **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of Plaintiffs and against Defendants Frank Lazauskas, Michael L. Metter, Leonard F. Moscati and B. Michael Pisani, jointly and severally, the amount of $ 5,511,790.11.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that, in accordance with 28 U.S.C. § 1961, post-judgment interest shall accrue on the amount of this Judgment from the date of entry of this Judgment until the date payment is made in full.

There being no just reason for delay, the Clerk of the Court is hereby directed, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, to enter this Final Judgment forthwith.

SO ORDERED.

Dated: New York, New York

October 30, 2008
6:30 PM

Robert P. Patterson
United States District Judge

A CERTIFIED COPY
J. MICHAEL McMAHON, CLERK

, DEPUTY CLERK

2

BC Media :0.v