DANIEL F. MURPHY, JR.
THOMAS A. MARTIN
DUSTAN T. SMITH
STEPHEN J. MACRI
MARY ELLEN DONNELLY
JOSEPH B. CARTAFALSA
MARK A. HERNANDEZ
JAMES M. STRAUSS
BARBARA M. MAISTO

# PUTNEY, TWOMBLY, HALL & HIRSON LLP

ESTABLISHED 1866

ATTORNEYS AT LAW

120 WOOD AVENUE SOUTH - SUITE 600

ISELIN, NEW JERSEY 08830

(732) 632-2505

TELEFAX: (732) 632-2506

putneylaw.com

521 FIFTH AVENUE
NEW YORK, NEW YORK 10175
(212) 682-0020
TELEFAX: (212) 682-9380

1205 FRANKLIN AVENUE
GARDEN CITY, NY 11530
(516) 746-0070
TELEFAX: (516) 746-0599

2500 NORTH MILITARY TRAIL
SUITE 465
BOCA RATON, FLORIDA 33431
(800) 935-8480
TELEFAX: (561) 750-6602

April 16, 2009

Clerk of the Court
US District Court for the District of New Jersey
402 East State Street, Room 2020
Trenton, New Jersey 08608

*RECEIVED APR 21 2009 AT 8:30 WILLIAM T. WALSH CLERK*

Re: **BC Funding Funding Company II v. Frank Lazauskas, Michael L. Metter, Leonard F. Moscati and B. Michael Pisani Misc No. 09-MC-22-GEB**

Dear Sir or Madam:

I write to request that the enclosed Writ of Execution be entered on the Docket for the above-referenced matter.

Enclosed please find an original and one (1) photocopy of the Writ of Execution. Please stamp the photocopy "filed" and return it to me in the enclosed self-addressed stamped envelope.

Also, as required by the Marshals Service, enclosed are three (3) original USM-285 forms together with five (5) photocopies of each, as well as a check for the applicable fee.

Please feel free to contact me should you have any questions regarding this matter.

Very truly yours,

Matthew M. Riordan

MMR/dj
Encl.
H:\mmr\BC Media\Letters\NJ-Clerk of District Court 4.16.09.doc