UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SOLUTION FUNDING, LLC, as assignee to BC MEDIA FUNDING COMPANY II and MEDIA FUNDING COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FRANK LAZAUSKAS, ET AL.<br><br>　　　　　　Defendants. | 3:09-MC-00022 (GEB)<br><br>**WARRANT OF SATISFACTION OF JUDGMENT AGAINST DEFENDANT FRANK LAZAUSKAS ONLY** |

　　WHEREAS, a registration of foreign judgment entered on October 30, 2008, in the Southern District of New York was filed in the above action on February 18, 2009, in favor of plaintiffs, Media Funding Company, LLC and BC Media Funding Company II, LLC (together, "Plaintiffs") against defendants, Frank Lazauskas ("Lazauskas"), Michael L. Metter, Leonard F. Moscati and B. Michael Pisani, jointly and severally, in the amount of $5,511,790.11, plus interest from the date of the judgment until paid in full (the "Judgment"); and

　　WHEREAS, on March 3, 2010, Plaintiffs sold and assigned the Judgment to Solution Funding, LLC ("Solution Funding"), as evidenced by that certain Assignment of Judgment filed with the Court on September 20, 2013; and

　　WHEREAS, Solution Funding and Lazauskas have entered into a Release Agreement whereby Solution Funding has, upon receipt of payment from Lazauskas, agreed to release and has released, Lazauskas, only, from any liability for the Judgment; and

　　WHEREAS, all of Lazauskas' obligations to Solution Funding having been fully satisfied.

1

664095-2

2

NOW, THEREFORE, full and complete satisfaction of the Judgment is hereby acknowledged as to Lazauskas, **only,** and the Clerk of the Court is hereby authorized and directed to make an entry on the docket of the full and complete satisfaction of the Judgment as to Lazauskas, **only.**

PROVIDED, HOWEVER, that nothing herein contained shall invalidate, release or satisfy the Judgment as to defendants, Michael L. Metter and Leonard F. Moscati, and Solution Funding expressly reserves all rights as to the remaining judgment debtors.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                WEIR & PARTNERS LLP

                BY: _Bonnie R. Golub_____
                     Bonnie R. Golub, Esquire
                     20 Brace Road, Suite 200
                     Cherry Hill, NJ 08034
                     (856) 740-1490
                     bgolub@weirpartners.com
                     *Counsel to Solution Funding, LLC*

Dated:  December 28, 2021